UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>-against-<br><br>MIGUEL BENITEZ,<br><br>            Defendant. | No. 06 Cr. 1156 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the Government's opposition to Defendant Miguel Benitez's motion for a sentence reduction pursuant to Section 404 of the First Step Act of 2018. (See dkt. no. 217.) Mr. Benitez may file a reply in further support of his motion by no later than April 17, 2020.

**SO ORDERED.**

Dated: New York, New York
April 2, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1