April 7, 2020

**By ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**United States v. Miguel Benitez, 7:06-cr-01156-LAP-2**
**Withdrawal of Attorney**

Dear Judge Preska:

    Please be advised that, I am no longer employed by the firm of Debevoise & Plimpton LLP, the attorneys for Miguel Benitez in the above-captioned matter. Another Debevoise attorney has appeared and will continue to represent Mr. Benitez.

    I hereby respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list. I would be most grateful if Your Honor would approve of my withdrawal by having this letter memo endorsed so that the clerk may modify and update the Court's records accordingly.

    Thank you for your attention to this request.

Respectfully submitted,

/s/ Olivia Cheng

Olivia Cheng

SO ORDERED:

_/s/ Loretta A. Preska_   4/8/2020
USDJ