UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>MIGUEL BENITEZ,<br><br>                Defendant. | 06 Cr. 1156 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for Defendant Miguel Benitez has informed the Court of the Bureau of Prisons' approval, approximately a month ago, of Mr. Benitez's request to be transferred to home confinement. (See dkt. no. 226.) Apparently, Mr. Benitez has not yet been released. In light of Mr. Benitez's precarious health condition, the Court requests that his release be expedited to the greatest extent possible.

**SO ORDERED.**

Dated:    New York, New York
            July 20, 2020

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge